### McCORD *et al. v.* ROSENTHAL.

BECK, J. The granting or refusing of interlocutory injunctions rests in the sound discretion of the judge hearing the application for injunction; and it not appearing that such discretion was abused in this case, the judgment of the court below will not be disturbed.

*Judgment affirmed. All the Justices concur.*

Argued February 17,—Decided August 14, 1909.

Petition for injunction. Before Judge Pendleton. Fulton superior court. December 12, 1908.

The plaintiffs sought to restrain the defendant from carrying on a blind tiger under cover of operating a licensed near-beer saloon. The testimony was in conflict on the question of fact; and injunction was denied.

*Hines & Jordan, George Gordon,* and *Seaborn Wright,* for plaintiffs.

*Reuben R. Arnold* and *Van Astor Batchelor,* for defendant.